IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　*Plaintiff*<br>v.<br><br>MICHAEL MCMILLAN<br>　　*Defendant*<br><br>INTEGRATED PROFESSIONAL<br>SERVICES, LLC<br>　　*Potential Claimant*<br><br>9 OAKMONT HILLS LANE, LAS VEGAS,<br>NEVADA 89141,<br>APN 191-06-319-001, MORE<br>PARTICULARY DESCRIBED AS:<br><br>LOT NINETY-ONE (91) OF PARCEL 315<br>UNIT 2 AT SOUTHERN HIGHLANDS<br>UNIT 3C AS SHOWN BY MAP THEREOF<br>ON FILE IN BOOK 141 OF PLATS, PAGE<br>85, IN THE OFFICE OF THE COUNTY<br>RECORDER OF CLARK COUNTY,<br>NEVADA | NO.  3:26-CR-310-K |

## <u>NOTICE OF LIS PENDENS</u>

NOTICE IS HEREBY GIVEN that an action has been commenced in the above-entitled Court on a Criminal Indictment of the United States of America to secure the judicial forfeiture of the real property known as 9 Oakmont Hills Lane, Las Vegas, Clark County, Nevada, more particularly described as:

LOT NINTEY-ONE (91) OF PARCEL 315 UNIT 2 AT SOUTHERN HIGHLANDS UNIT 3C AS SHOWN BY MAP THEREOF ON FILE IN BOOK 141 OF PLATS, PAGE 85, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY NEVADA.

USA Notice of Lis Pendens – Page 1

THE IMPROVEMENTS THEREON BEING KNOWN AS 9 OAKMONT HILLS LANE, LAS VEGAS, NEVADA – 89141.

APN: 191-06-319-001

to the United States of America under NRS 14.010, 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(7); and 18 U.S.C. § 982(a)(1) for violations of 18 U.S.C. § 1349 (18 U.S.C. § 1347); 18 U.S.C. § 371 (42 U.S.C. § 1320a-7b(b)(2); and 18 U.S.C. § 1957.

DATED this 22 day of June , 2026.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

Chad E. Meacham
Assistant United States Attorney
Texas State Bar No. 00784584
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8812
Email: chad.meacham@usdoj.gov

STATE OF TEXAS
COUNTY OF DALLAS

On this ____ day of June, 2026, Chad E. Meacham, a person personally known to me or proven to me by satisfactory evidence, appeared before me, a Notary Public, and executed the foregoing Lis Pendens in my presence.

GIVEN UNDER MY HAND AND SEAL OF OFFICE June 22, 2026.

Notary Public, State of Texas

SHAKENIA DANIELS
Notary Public, State of Texas
Comm. Expires 09-19-2028
Notary ID 131359938

**USA Notice of Lis Pendens – Page 2**