IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MICHAEL MCMILLAN,
    Defendant.


INTEGRATED PROFESSIONAL
SERVICES, LLC. A DELAWARE
LIMITED LIABILITY COMPANY,
    Potential Claimant.

NO.  3:26-CR-310-K
NOTICE OF LIS PENDENS FOR
PROPERTY LOCATED AT 117 6TH
STREET, DEL MAR, CALIFORNIA

**OWNER OF RECORD:**  INTEGRATED PROFESSIONAL SERVICES, LLC.,

A DELWARE LIMITED LIABILITY COMPANY

PLEASE TAKE NOTICE that the indictment has been returned in the United

States District Court for the Northern District of Texas against Defendant MICHAEL

MCMILLAN, which indictment also seek the forfeiture of Defendant Michael

McMillan's right, title to, and interest in the at real property located at 117 6th Street, City

of Del Mar, County of San Diego, State of California, and all appurtenances affixed

thereto.  The real property is more particularly described as:

**ASSESSORS PARCEL NO. 300-321-55-00**

All the following described real property in the County of San Diego, State of
California:

Lot 6 in Block 5 of Del Mar, in the City of Del Mar, County of San Diego, State
of California, according to Map thereof No. 368, filed in the Office of the County
Recorder of San Diego, October 7, 1885.  Also that portion of the Southerly 20
feet of 6th Street immediately adjacent to said Lot on the North as vacated and
closed to public use.

**USA Notice of Lis Pendens – Page 1**

The improvements there on being known as 117 6th Street, Del Mar, California 92014-2708

Upon conviction, Defendant Michael McMillan, will be ordered to forfeit to the United States the real property located at 117 6th Street, Del Mar, California 92014-2708, APN 300-321-55-00, in that said property constitutes or is derived from proceeds traceable and/or gross proceeds traceable and/or in involved in, or traceable to property involved in violations of 18 U.S.C. § 1349 (18 U.S.C. § 1347); 18 U.S.C. § 371 (42 U.S.C. § 1320a-7b(b)(2)); and 18 U.S.C. § 1957, thereby subjecting it to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(7); 18 U.S.C. § 982(a)(1).

The owner of record of the above-described property is Integrated Professional Services, LLC, a Delaware Limited Liability Company.  BE ADVISED THAT upon entry of the Final Order of Forfeiture in favor of the United States, all right, title, and interest of Integrated Professional Services, LLC, a Delaware Limited Liability Company in said property shall vest in the United States back to the date of the commission of the acts giving rise to the forfeiture.

[NOTHING FURTHER ON THIS PAGE]

USA Notice of Lis Pendens – Page 2

DATED: June 22, 2026.

RYAN RAYBOULD
United States Attorney


_Chad E. Meacham_

CHAD E. MEACHAM
Assistant United States Attorney
Attorneys for Plaintiff
Texas State Bar No. 00784584
1100 Commerce Street, Suite 300
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8812
Email: chad.meacham@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,
     Plaintiff,

v.

MICHAEL MCMILLAN,
     Defendant.

NO. 3:26-CR-310-K
CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that:

I, Chad E. Meacham, am a citizen of the United States over the age of 18 years and a resident of _Rockwall_ County, TX; my business address is 1100 Commerce Street, Third Floor, Dallas, TX 75242; I am not a party to the above-entitled action.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, certified mail, to following non-ECF participants in this case, or to their legal counsel:

1. Michael McMillan
   1058 Majestic Oaks Way
   Simpsonville, KY 92014-2708

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 22, 2026

CHAD E. MEACHAM
Assistant United States Attorney
Attorney for Plaintiff

USA Notice of Lis Pendens – Page 4